**Order filed, January 23, 2019.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-01062-CV**

_____

**PRO-CARE MEDICAL CENTER AND INJURY MEDICAL GROUP,
Appellant**

**V.**

**QUALITY CARRIERS, INC., GULF COAST EXPRESS CARRIERS, INC.,
AND BOBBY NIXON, Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2014-16664**

## ORDER

The reporter's record in this case was due **January 11, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Amanda Lynn King**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM